**Order entered June 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00201-CV

**RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants**

**V.**

**DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP,
Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-17-00390-B**

## ORDER

The reporter's record in this appeal was due to be filed June 20, 2019. To date, however, it has not been filed. Accordingly, we **ORDER** Robin N. Washington, Official Court Reporter of County Court at Law No. 2, to file the record no later than July 8, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

.

/s/     BILL WHITEHILL
             JUSTICE